**ALTFELD & BATTAILE P.C.**
**250 North Meyer Avenue**
**Tucson, Arizona 85701**
**Tel: (520) 622-7733**
**Fax: (520) 622-7967**
**John F. Battaile, Bar No. 4103**
**JFBattaile@abazlaw.com**
*Claimant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| ALEJANDRO LOPEZ, a married man in his sole and separate right,<br><br>Plaintiff,<br><br>v.<br><br>MUSINORTE ENTERTAINMENT CORPORATION, a New Mexico corporation; HURACANES, INC., a California corporation; HERACLIO GARCIA and ROSA GARCIA, husband and wife; FRANCISCO GARCIA and IRMA GARCIA, husband and wife; JESUS GARCIA, a single man; and GUADALUPE GARCIA, a single man,<br><br>Defendants. | NO. 1:09-mc-00020-RB<br><br>**NOTICE OF LODGING**<br><br>• **THIRD AMENDED JUDGMENT; AND**<br><br>• **NOTICE OF ATTORNEY'S CHARGING LIEN ON THIRD AMENDED JUDGMENT** |

    Altfeld & Battaile P.C., an Arizona professional corporation ("Claimant") hereby lodges the *Third Amended Judgment* entered in U.S. District Court action No. CV-03-167 on February 28, 2012 in favor of Plaintiff Alejandro Lopez, a married man in his sole and separate right; and *Notice of Attorney's Charging Lien on Third Amended Judgment*, both attached hereto.

    Dated May 16, 2013.

                                          Claimant: ALTFELD & BATTAILE P.C.

                                          /s/ John F. Battaile
                                          John F. Battaile, Vice President

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court of New Mexico on May 16, 2013 and copies were emailed to registered CM/ECF users through the CM/ECF System.

A copy of the foregoing has also been mailed to the following parties:

Alejandro Lopez
163 W. Kino Street Tr #1
Nogales, AZ 85621

Alejandro Lopez Santa Cruz
163 W. Kino Street Tr #1
Nogales, AZ 85621

Alan N. Magenheim
MAGENHEIM & ASSOCIATES
3701 Kirby Drive, Suite 764
Houston, Texas 77098

Nancy March
Fennemore Craig
One S. Church Ave., #1000
Tucson, AZ 85701-1627

Joshua Busey
Bailey & Busey, PLLC
411 North 2nd St.
Yakima, Washington 98901

/s/ Elena C. Todd
Elena C. Todd